**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jeff Livingston

CASE NO.: To Be Assigned

## REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION

October 21, 2013     2:13-cr-00392-APG-PAL

TO: UNITED STATES DISTRICT JUDGE

On September 23, 2011, Jeff Livingston was sentenced by the Honorable Lawrence J. O'Neill, U.S. District Judge in the Eastern District of California, to 24 months custody and 36 months of supervised release for his conviction of Mail Fraud and Theft by Officers or Employees of Gaming Establishments on Indian Lands. Mr. Livingston commenced his term of supervised release in the District of Nevada on October 1, 2013.

Mr. Livingston intends to reside in our district throughout his supervision. In an effort to expedite any future matters which may require the Court's attention, it is recommended that the Court accept jurisdiction of the case. Should the Court agree with this request, transfer of jurisdiction forms are attached for Your Honor's signature.

Sincerely,

*Rebecca Capstick*
REBECCA L. CAPSTICK
U.S. Probation Officer

RLC:

APPROVED: _____
TODD J. FREDLUND, Supervising
U.S. Probation Officer

| PROB 22 | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 1:09CR00273-001 LJO |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>Jeff Livingston<br>Henderson, NV | DISTRICT<br><br>Eastern District of California | DIVISION<br><br>Southern | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Lawrence J. O'Neill | | |
| | DATES OF SUPERVISED RELEASE: | FROM<br><br>09/23/2013 | TO<br><br>09/22/2016 |

**OFFENSE**  18 USC 3141: Mail Fraud
18 USC 1168(b): Theft By Officers or Employees of Gambling Establishments on Indian Lands

### PART 1 - ORDER TRANSFERRING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_10-11-13_
Date

United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

CC:  United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

PROB 22

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** (Tran. Court) | 1:09CR00273-001 LJO |
| **DOCKET NUMBER** (Rec. Court) | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeff Livingston<br>Henderson, NV | Eastern District of California | Southern |

| NAME OF SENTENCING JUDGE |
|---|
| Lawrence J. O'Neill |

| DATES OF SUPERVISED RELEASE: | FROM 09/23/2013 | TO 09/22/2016 |
|---|---|---|

**OFFENSE**  18 USC 3141: Mail Fraud
18 USC 1168(b): Theft By Officers or Employees of Gambling Establishments on Indian Lands

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10-11-13
Date

United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

CC:  United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG