**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>JEFF LIVINGSTON,<br><br>                              Defendant. | Case No. 2:13-cr-0392-APG-PAL<br><br>**ORDER**<br><br>(Dkt. #18) |

     Defendant Livingston's emergency motion for production of documents (ECF No. 18) is GRANTED IN PART.  The Probation Office shall produce to the defendant and the United States all documents in its chronological record that evidence communications between the assigned Probation Officer and Livingston regarding gambling.

     Dated:  October 11, 2016.

                                                      ANDREW P. GORDON<br>
                                                      UNITED STATES DISTRICT JUDGE